# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

BRUD ROSSMANN, ESQUIRE
6601 TENNYSON ST NE
UNIT 202
ALBUQUERQUE, NM 87111
TEL. 202-534-0693
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL. brossmann111@gmail.com

    Plaintiff,

V.

                                    CIVIL NO. 16cv955 KK

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 4 2016

MATTHEW J. DYKMAN
CLERK

---

Lennert leader
2400 Oakmont Court
Oakton, VA 22124
(703) 930-9106
Email:  lenl@aol.com


AND,

JOHN DOE-1,
JOHN DOE-2,
AND JOHN DOE-3

        Defendants

---

# COMPLAINT

I.

## INTRODUCTION

1. The Plaintiff, Brud Rossmann, a former decorated Trial Attorney of the U.S. Department of Justice, receiving "Outstanding" performance reviews when handling both National Security matters and Billion Dollar cases, Honors graduate of Harvard Law School, (cum laude, 1989), excellent reviews when managing a leading investment fund, with possibly Best in World Investor status and financial returns, as the best fund manager of the world's arguably leading venture capital fund of all time, and recipient of a community service award from the Attorney General of the United States of America for his volunteer work in the African American community of Anacostia, MD, outside of Washington, applicable, brings this Complaint.

2. Recent confirmations of both his professional acumen and mental health are robust, unanimous and belie his cashless, homeless, jobless, and unemployable status over many years now. In other words, Brud Rossmann, the Plaintiff, should be worth about $50 million, per statements, estimates of Anthony Scaramucci, Skybridge Capital, (7/1/02: "you are a guy who someday will probably be worth $50 to $100 million", near verbatim), IRS

reporting, other sources, but instead pleads from the position of in forma pauperis, pro se, cashless, jobless, homeless, unemployable and over many years.

3. Defendant in agency with Lennert Leader, Ron Peele, Mark Gembicki, Scott Donaldson, or others currently or formerly employed by SAIC, as government contractors, or legal agents, or as principal has engaged in scaled theft of Brud Rossmann's property for years, using primarily cyberspace or other network based tactics, as confirmed by a host of data, many ground level natural person witness statements, official IRS and New York State findings and rulings, and even admissions against interest by Defendant.

4. The theft and other destruction of Plaintiff's property was effected in the context of Research and Development (R&D) and related projects paid for the US government in part, under National Security highest level authorities and agencies, and private sector persons in part. The R&D overlay, authorized and paid for by the government or paid for by private sector sponsors, was abused by network technology operators like Defendant or those serving in agency for defendant.

5. They – to include Lennert Leader – almost murdered Brud Rossmann on many occasions, extremely tortured him, falsely imprisoned him, and on bases proven both evil and grossly stupid.

6. Defendant, in such Agency, or as principal, engaged in "shock the conscience" abuses of Brud Rossmann's person and property, perhaps unprecedented in CIA, FBI, NSA, (explicitly declared authorities, 10/2002), Israeli, and other "government" History, given Brud Rossmann's essential legal status, a natural US citizen, innocent of any material criminal charge brought or ever possibly brought against Brud Rossmann.

7. CIA, FBI, and NSA and Israeli Prime Minister level sponsorship of such homicidal targeting was explicitly invoked, and otherwise referenced, on many occasions in 2002 – starting in October, 2002. This low-end murderous scum includes Susan Bell, Scott Donaldson, formerly of SAIC, Patti Henricks, Shelly Bowan, formerly of SAIC, Mark Gembicki, The Resilient Corporation, Andrew Reese, Ray Regan, many at AOL, to include Ken Lowenthal, Ron Peele, $100 million net worth, Y2000 reporting, Jay Dunn, Len Leader, $1 billion net worth, Ron Peele, multiple reports, y2000, if not David Colburn, John Cowles, JCE, CLA, Courtland Homes, Steve Case, AOL, estimated $2 billion net worth Y2000, and many others – including possibly Jamie Dimond, CEO/Chair of JP Morgan Chase, Anthony Scaramucci, Skybridge Capital, now a Great Man, formerly but the Moocher, many others.   Others implicated directly are named elsewhere, in official proceedings, and include, without limitation, John Abbott, JCE, CLA, Courtland Homes, Debra Murray, JCE, CLA, Courtland Homes, Debbie James, JCE, Courtland Homes, CLA, many others.   All or a portion are proven guilty in IRS rulings in favor of Brud Rossmann on Theft and Casualty bases.   Total witness count is 300 to 400 natural persons, maybe more.   Those culpable may be at the same levels of headcount, 300 to 400, as the facts played.

8. The IRS has ruled for Brud Rossmann and against Defendant or Defendant legal agents on many occasions.  Several Theft or Casualty based refund claims were awarded to Brud Rossmann starting in 2006, and are evidenced to extend to 2011 if not beyond. The Taxpayer Advocate Service at relatively high levels continued to support Brud Rossmann's refund claims on loss bases at varying levels through 2012 if not today.

9. The Theft and Casualty Loss based refund legal bases included real property and personal property stolen or destroyed by Defendant over many years.   The financial Scale previously estimated by the IRS is extraordinary and since extremely well evidenced across an array of data as supporting much larger loss based refund claims than those first paid in 2006-2007.

10. For example, the IRS, Brenda Miller, EID 50-xxxxxx33, fashioned a wholly indefensible loss adjustment formula, defining $10 million to $1 loss ratios, claims assertable in Brud Rossmann's name, or ~$80,000 x $10,000,000.00 = $800 billion, on some third party reporting. Brud Rossmann "pled" but a single townhome loss, $650,000 or so sale price versus the $565,000 documented, and realized.

11. New York State official rulings for Brud Rossmann on alternative bases, in connection with legal licensing, and his continued Good Standing as an attorney, as well as Tax authority findings in Virginia, DC, or New York State, also have confirmed the essential allegations of Brud Rossmann's claims against Defendant as principal or in agency.

12. Defendant has even admitted to liability via such agency or as principal in certain instances.

13. Under common law conversion and fraud doctrine, the two (2) claims pled first, the Defendant in agency or as principal has both GAAP based liability to Brud Rossmann, and related tax fraud or other tax accounting based liability evident in claims and evidence still before the IRS.

14. The Defendant or his or her agents have previously refused to negotiate or otherwise engage on these and related claims of proven theft and other injuries clearly attributable to Defendant.

15. Defendant has failed to produce required documentation, concealed such proof, and otherwise engaged in actions or inactions supporting the application of Equitable Tolling doctrine – making the claims timely.

16. The Plaintiff seeks compensatory damages in the amount of Ten Million Dollars ($10,000,000.00), as well as injunctive and declaratory relief.   Punitive damages have been pled, and may also be further detailed, in the amended complaints.

II.

**JURISDICTION AND VENUE**

12. This is a civil action over which original jurisdiction is vested in this Court by 28 U.S.C. 1331, 1332, and 1343.1

---

1        The pled allegation numbering has been corrupted.    Many attempts to correct paragraph numbering have failed.   This is more proof of network based corruption of Plaintiff's filings – other corruption of his words, his ideas, his proof, far more serious.

13. Diversity jurisdiction exists under 28 U.S.C. 1332.  The Plaintiff has established a residence as well as sited related property interests in this jurisdiction, real property, held in his name or for his benefit (word choice), on the tax accounting and other property bases reported by the government.

14. The prior findings and rulings of the IRS as of 2010 extended his claims under tax fraud or related bases alone to Ohio, Virginia, New York, New Jersey, Arizona, District of Columbia, Florida, California, Delaware, and other states.

15. Derivative expressions of Brud Rossmann's real property or personal property as booked tax bases, derivative assets, such as liquidation value held in cash balances on the sale or other monetization of Brud Rossmann's property, and other property "derivatives", have been previously evidenced in official JP Morgan Chase subsidiary accounts in Brud Rossmann's name, the cash unreturned, and other property never returned to Brud Rossmann.  Defendant has been implicated in these thefts or related injuries to Brud Rossmann's property interests.

16. This Court has pendent or supplemental jurisdiction pursuant to 28 U.S.C. 1367 over all other claims that are so related to claims within its original or exclusive jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

17. Where the instant causes of action ultimately define an action in rem or quasi in rem, to include property interests held in bank accounts, via land records recordings, or in derivative instruments reflecting the Financing of such property or rights to continued financing or re-financing, jurisdiction is also supported by the enabling statute, the Rules Enabling Act, and Federal Rule of Civil Procedure Supplemental Rule A and Rule E. Actions in Rem and Quasi in Rem: General Provisions. Colorable factual bases for this further jurisdictional basis are pled below.

18. The exclusively Federal nature of many of the claims presented below supports Federal court jurisdiction to the exclusion of state court jurisdiction – at least in the first instance. Diversity jurisdiction also exists.  Pendent jurisdiction or supplemental Federal jurisdiction is well-supported on grounds of a "common nucleus of operative fact" -- as established by concurrent timing, largely identical actors, the identical underlying transactions in question, and related evidentiary bases defining casualty and theft events across jurisdictions and various actors in this jurisdiction and others.

19. Venue is appropriate in this Court under 28 U.S.C. 1391.

III.

**PARTIES**

**Brud Rudolph Rossmann, Esquire**

20. Plaintiff resides and has property in this jurisdiction.

21. Plaintiff is a successful professional, graduate of Harvard Law
School (cum laude, 1989), graduate of University of Michigan,
earning two (2) degrees in four (4) years, a M.P.P. and A.B.
in Economics, taking Ph.D level classes in Economics, Math, and
former Trial Attorney of the U.S. Department of Justice who
received "Outstanding" reviews while handling Billion Dollar
cases and National Security matters. Compare Exh. Sec. 1   At
the Department of Justice, Brud Rossmann received a Community
Service award from the Attorney General of the United States
of America for his volunteer service to the African American
community of Anacostia, Maryland.

22. On government and private sector reporting, 2009, he may have
rated best in world investor on certain metrics, venture capital,
***~$62.3 million direct investments, 18 companies, 21 investments,***
***~$110 million cash profit, none of it returned to Brud Rossmann***,
per the Agreement between Len Leader and Brud Rossmann, 11/2000,
instead all of it pocketed unlawfully by Defendant as Principal
or in Agency, as well as Defendant's associates, family members,
Ron Peele, Steve Case, AOL LLC, AOL Time Warner Investment Corp,
other Interests.

23. Most recently, he has received Excellent reviews serving as
Director, Economic Development, for a Washington, DC non-profit,

House of Prosperity Everlasting (HOPE), has earned Excellent or better reviews by every reporting client when serving as Of Counsel for a New York law firm, a "100" average when taking classes toward certification as a Microsoft Certified System Administrator (MCSA), a true "A" average while pursuing an MBA in the local MBA program, and other proof of current skills, acumen, work ethic, character, and work product.

24. Brud Rossmann is a current or former member of many community or civics organizations, serving in many capacities for the Good of the public.

25. On 1994 reporting, apparently across the CIA (psychology, economics, finance, supposedly to grow the tax base as the "company", extended notions of the Agency, private sector), NSA (math, supercomputing), FBI (law, governance, regulatory regimes), as first best estimates, Brud Rossmann's IQ score ranges possibly to 182, 186, 187, average 185, many standard deviations from the mean of 100, above Mensa at 130, and better than Mark Gembicki's or Defendant's or others associated with Defendant, on all assessments across natural language, math language, other analytical disciplines, etc.

*Defendant Lennert Leader*

26. Defendant resides in this jurisdiction or has property in this jurisdiction.

27. Defendant is the former Chief Financial Officer of America Online, took AOL public, and was forced from his position on a SEC investigation just before AOL bought Time Warner for a combined market capitalization of $358 billion or so as CNBC reported 1/2010, the 10 year anniversary of the announced merger 1/10/2000.

28. Lennert Leader was a reported "billionaire", Y2000, unsolicited reporting, multiple occasions, by Ron Peele, VP of AOL Investments, 1999 to 2000.

29. Specifics:

30. Leader made a number of statements that proved his central role in a targeting campaign that ranged from the attempted murder of Plaintiff Brud Rossmann, to extreme torture, unprecedented in CIA, FBI, NSA history, to false imprisonment, to scaled theft of Brud Rossmann's person and property and worse.    The Scale, the magnitude, of these transgressions are not up for debate; they are objective truth.

31. Likewise, Leader is guilty without question; there can be no rebuttal.

32. Among the specific actions taken, statements made by Lennert Leader:

1. "Things happen for a reason": unsolicited, out of context remarks by Len Leader in one on one meeting in or about March-April, 2001.

2. In context, and only as viewable retrospectively, across all of Leader's statements, those referencing him by high level persons Art Marks, Cal Simmons, others, and over several years, this was an admission against interest by Leader of (a) knowing that scaled Targeting of Brud Rossmann's person and property was happening even as of early 2001, and (b) his central role in this Targeting effort.

3. Many other persons have confirmed Len Leader's leadership in the terribly abusive targeting of Brud Rossmann's person and property.  Again, there can be no rebuttal as to his guilt.

4. "I don't know what your religion is": a question, suggestion as to preferred Judaism over Germanic "Rossmann" spelling, March-April, 2001 meeting.  This reference, like several others of Leader's, confirmed that his motives in the targeting of Brud Rossmann included his anti-Germanic biases, his pro-Israeli, Pro-Jewish, even Zionist level biases, and a Jewish-German "aspect" intentionally made part of the Targeting campaign.

5. Put simply, Leader hates the Germans, made this public, and used this bias openly to target Brud Rossmann with a uniquely German name – – "Brud" derived from the German word "Bruder", meaning brother in German, and "Rossmann" the German spelling of the otherwise Jewish spelling "Rossman" found on Brud Rossmann's birth certificate.   On this thin reed, and similar suggestions found on the Brud Rossmann birth certificate, including dozens, perhaps 100s of "5-6 splits" found in the land records, other official records – e.g. on just the birth certificate, or related to the birth certificate, 11/22/63, (Lincoln Gordon, under JFK, vs RFK, etc, one of Brud Rossmann's expert witnesses, Gordon serving as Ambassador to Brazil under JFK, resume found in PACER exhibits, Profiles in Courage, other references), 5/22/64, 11/27/64, n/nn last name spelling changes, interlineations, 6 pointed Jewish star, 5 pointed Christian star, a 6/5 split, MI5/MI6, the model for the FBI/CIA, DOD/CIA, Pentagon/CIA, but a handful of examples, the birth certificate accessible online via PACER – Leader defined a very Evil and the grossly Stupid murderous campaign against the German named, heterosexual, Christian, athletic, White male Brud Rossmann who bridges the NSA, FBI, CIA divides perhaps better than most, any in their Human Resource history – skill sets across natural language, math language, IQ or similar ratings.  At

a minimum, the 5/6 splits occur at implausible levels of frequency, from birth certificate through debt financing of a simple townhome purchase with derivative and Scaled financial positions, and beyond.

6. "I am a corporate drone":   Same meeting, all defining a bizarre Fate for Brud Rossmann, otherwise proven in IRS rulings, other proceedings by the government, rulings in Brud Rossmann's favor, similar dispositions.   At the time, the statement was completely out of context, like others in this one on one meeting in the Spring of 2001. However, in retrospect, when read together with other Leader statements, third party statements, many contemporaneously memorialized by Brud Rossmann in date/time stamped emails, and attached as Exhibits to federal court filings accessible via PACER, and other data, these statements implicated Leader directly in the CIA led targeting of Brud Rossmann.   Much, but not all, proceeded under AOL, AOL Time Warner auspices, funding, and management.

7. "Black is white, white is black" (or vice versa):  Same meeting, Spring, 2001.  No clue, no context given, Len Leader as Prophet, weird, and the meaning only known to him at the time.  African American scum part of the targeting were one meaning of the statement as the set of facts played, 2001 to date, but the inversion, black is white, or white is black, has been proven to have several other meanings – 180 degree inversions, across money, finance and economics, math and possibly super-computing, law, governance, even basic right and wrong.

8. "You and I completed each other's sentences [almost immediately]" (near verbatim):  August 14, 2001, exit interview, AOL Time Warner, part of a range of other out of context statements made by Leader, all coded, all "weird" at the time, all without import or possible true or important meaning to Brud Rossmann at the time, as known by Len Leader at the time.

9. "Normally it takes 30 years [to complete each other's sentences, with you and I] it happened immediately" (near verbatim):  More "weirdness" by Len Leader, 8/14/01 exit interview, or as Ted Leonsis, owner of the Washington Capitals, Wizards, former President of AOL, stated to Brud Rossmann and Ron Peele in person, Y2000, "Len is weird", the innocent and ignorant at the time Brud Rossmann defending Leader as decent, Peele commenting "Yeah, Len is a Prince" (near verbatim, etc).

10. "You remind me of myself 20 years ago" (near verbatim): 8/14/01, 10 a.m. EDT,  exit interview, 22000 AOL Way, Dulles, VA 20166, 1st Floor, corner suite above Ron Peele's office, Terrace level, near the pond with the Geese and the dog with the orange life-saver vest,  Northeast corner of AOL Time Warner's global headquarters ($358 billion or so market capitalization as of 1/10/2000 or so).

11. "You ask 80% of the questions that I would ask; no one else in the group asks but 40-50%" (near verbatim):   8/14/01 exit interview, 10 a.m., EDT, 22000 AOL Way, 1st Floor, corner suite above Ron Peele's office, Terrace level, near the pond with the Geese or Swans and the dog with the orange life-saver vest, Northeast corner of headquarters.  In fact, Plaintiff Brud Rossmann, gave 100% of the Answers to Len Leader, his Answers informed by many other persons, Experts in Technology, other high level talent, authority; every investment recommendation of Brud Rossmann as ever formalized in a group meeting, and until 8/10/2001, if not through 8/14/2001, was endorsed by Len Leader - 25 of 25 - sufficient sample size  21 investments direct in 18 companies, 4 of 4 fund investments in Israel, etc.

12. "You can no longer be effective in THIS company": 8/14/01 exit interview, 10 a.m., EDT, 22000 AOL Way, 1st Floor, corner suite above Ron Peele's office, Terrace level, near the pond with the Geese and the dog with the orange life-saver vest, Northeast corner of headquarters.  Leader is proven an Apparatchik hack, a second-rate intellect, Government as supposed Agency, and a psychopath to boot.  His exiting of Brud Rossmann was preceded by his "set up" to destroy Brud Rossmann, favor only females, the Jews, other "cohorts", e.g. Heidi Kraul over Mike Spirito, documented elsewhere.

13. Leader effectively acted as a form of "child molester" - per Mark Gembicki, former NSA, CEO of The Resilient Corporation, formerly War Room Research, co-managed by a former CIA professional - in leading the targeting of Brud Rossmann.

14. On the statements and other proof from dozens of natural persons, 2002 to date, and the retrospective on Leader's behaviors from when Brud Rossmann first met him, May-June, 1999, Leader acted as "good cop" to Ron Peele's "bad cop" but ultimately proved more powerful, more lethal, more responsible for the destruction of Plaintiff Brud Rossmann's existence - and intentionally so.   There can be no rebuttal as to Leader's centrality, his association with the Central intelligence Agency (CIA), if not the Federal Bureau of Investigation (FBI) or National Security Agency (NSA), his psychopathology, and his truly lethal intent pled here as but theft or fraud in the first instance.

15. "I interviewed two dozen people":  In reply to my, Brud
Rossmann's, challenge as to the discontinuity between Len
Leader's effusive praise of Plaintiff, Brud Rossmann,
7/20/2016, other dates, only promotion in the group, maximum
bonus, best success profile, etc, Leader replied, "I
interviewed about two dozen people" supposedly between
7/20/2001 and 8/14/2001, as premise to Leader's "finding"
that Plaintiff Brud Rossmann could no longer "be effective
in this company". In fact, Leader had set up Plaintiff Brud
Rossmann well before Brud Rossmann ever signed an employment
agreement with AOL, the 1 page or so letter dated 6/8/99,
evidenced elsewhere, and matching dates found in the local
Fairfax County, Virginia Land Records accessible on CPAN –
to include, for example, the 6/8/99 recording of the Deed of
Easement/Declaration/Plat, at Book/Page numbers 10953/0578
et seq.   The proof of Leader's pre-targeting of Brud
Rossmann is robust, admitted by Leader otherwise, confessed,
or evidenced in statements by Art Marks, Cal Simmons, Ron
Peele, Lisa Hook, many others.

16. "You are a great contributor, inspirational": July 20, 2001 call, unsolicited, by Lennert Leader to Brud Rossmann's home telephone number, 703 760 8513, at about 3 p.m. EDT Friday 7 20 2001, when Brud Rossmann had to, for the first time, leave the office early for a medical reason – a fever, illness, as related to Lennert Leader on the same call.  Leader effectively stalked Brud Rossmann to his home, as he had previously.  During the call, Leader offered, unsolicited, that Brud Rossmann was a "great contributor", even "inspirational", but then nit-picked across baseless, false, extremely minor errors by Brud Rossmann in May, 2001 when managing a true scumbag, Neil Sequeira, hated by many, perhaps to include his then Wife-- who he openly abused in public, socializing his disdain, his hatred of her even then. They had just been married.  Despite the fever, medical problems, Brud Rossmann returned to the office nonetheless, was present for a scheduled 4 p.m. meeting with Mr. "King"/similar name, his management team, a representative from Strategy and Technology, possibly Dave Levinson, as a prospective investment.  This company's offering related to the NFL football field  virtual overlay for the prospective first down, the 10 yard marker, related services.  Others from AOL Time Warner were present.

17. "I wish you hadn't done that" (verbatim):  After Leader arranged Plaintiff Brud Rossmann's termination without stated cause, or possible merits based cause, only his 24-interview, over two week period, hatchet job to paper the file that "you can no longer be effective in THIS company", per his comments 8/14/2001, Brud Rossmann met with "Bill" - a Vice President in Human Resources for AOL Time Warner. Leader had suggested that Brud Rossmann lie, tell Bill, others that he "resigned for personal reasons", effective 9/4/2001.   Brud Rossmann asked Bill if Len's suggestino made sense, whether the truth "would get out".   Bill indicated it would, as Brud Rossmann already suspected.

18. Accordingly, Brud Rossmann told "Bill" that he had been terminated, did not resign.   Brud Rossmann also called Habib Kairouz later on 8/14/2001 from his AOL Time Warner office desk to report his termination – which Brud Rossmann also reported broadly to many others on and after 8/14/2001.

19. "Good luck" (verbatim):  On June 12, 2002, after it became abundantly clear that the targeting of Brud Rossmann was admitted by local police, across Fairfax County if not Arlington County, the FBI, the National Security Agency (NSA), and others, and after Brud Rossmann had given certified mail notice of same to Captain Smiley in Fairfax County, VA, as well as other notice to Mark Gembicki, former NSA, a faggot coward named Scott Carle, former police officer, former Navy Seal, former CIA, Brud Rossmann and Len Leader had a scheduled telephone call. Brud Rossmann had "arranged" such call by prior email to Leader requesting the call the day or two before. Leader immediately scheduled the call.  Leader was informed by Brud Rossmann of the targeting, and in reply, like Anthony Scaramucci, 7/1/2002, ("you can't beat the government", naming "Fairfax County" as responsible as well), was but hostile.  He ended the call with "good luck".

20. Only 15 minutes or so later, Brud Rossmann was pulled from his car as he drove to an attorney's office to engage an attorney to protect his rights – a SWAT team, with machine guns, weapons drawn, etc assaulted and battered Brud Rossmann unlawfully.  This occurred on June 12, 2002, at 2201 Wilson Boulevard, a Charles E. Smith building, managed by a white female and an African American male.

21. A low-end piece of garbage, one Captain Alt, Arlington, VA
police department, and a Jew, Dr. Peter Frecknall, led the
assault and battery.  Frecknall admitted later on 6/12/2002
that the police had gone too far.  Frecknall was lying,
having cooperated with Leader, the local police, and many
others in the assault and battery of Brud Rossmann on June
12, 2002.

22. All was effected in a Jew's name, Len Leader, and in the name
of hating anything German, anything heterosexual athletic
male, anything smarter, anything better.  Leader has
confessed as much in statements since 1999.   Others have
confirmed Leader's statements, his bias, and his low-end
version of CIA, FBI, NSA and Israeli Evil as Leader's and his
"company".

23. Moreover, Leader led a local Lynchmob, as summarized below,
and elsewhere in more detail – all skewing C&nt, Faggot,
Jewish, incompetent, anti-team sports, anti-athletic male,
anti-heterosexual, anti-meritocracy, anti-German,
anti-distributed computing, anti-human beings as carbon
based units "born of a vagina", anti-Democracy,
anti-egalitarianism, anti-capitalism, etc.

24. This was effected via the broader "human experiment" featuring
Brud Rossmann in the center of a scaled Freak Show that only
the CIA, here along with the NSA, FBI, and high level Israeli

officials, could orchestrate.

25. Such Freakishness resulted in the extreme torture of Brud Rossmann, his attempted murder on my occasions, his false imprisonment on many occasions, and an unprecedented level of abuse of his person and property, without Reason, and intentionally so.

26. In other words, these low-end sh*tbag Evil scum, to include local county cops, local Medical Doctors, county bureaucrats administering property taxes, and many others "went there" to beat their chests openly across the planet via CPAN publication, official reporting, grapevine socialization of the intended lynching of Brud Rossmann.

27. This human sh*t announced the Lynching dynamic, their own perverse Sadism, and their thug play, across 100s of persons in Israel, America, other places, in coordination with local dirty cops, Mds, "psych types", others.

28. Put differently, Len Leader is the worst person that Brud Rossmann has ever known across ground level data, high level data, and research data. Brud Rossmann has lived more intensively with a broad range of people, real person contact, than perhaps anyone in the country – 1 in 300 million people. From the University of Michigan to Harvard to rooming with the very rich to the very poor, to prison to jail to homeless shelters to a mental institution where he was quickly adjudged "competent" yet again, and during which period, 4/23/03 to 5/16/03, his property was stolen and other crimes effected against him, (per official IRS rulings in his favor on Theft and Casualty Loss bases), Brud Rossmann's range of interaction with human beings ground level is likely unrivaled in the country over the last several decades.  Brud Rossmann's academic and IQ and professional and psychological health, mental stability ratings, are best in class, or World Class, in many respects – both recent and longstanding.  Brud Rossmann has no lethal failings, no downside beta events, critical flaws, and his upside ratings have included best ratings ever on some reporting.  In Brud Rossmann's considered opinion, on the basis of profound amounts of data, and extensive analyses, over many years, Len Leader, and his Company, are sh*t people, very Evil and grossly Stupid, and should, on prior notice and comment,

lawfully, be executed by the government or others, and only with prior government authorization, only with proper legal authority, for all the world to watch, to behold and marvel.

29. Put again, they globally advertised their targeting, their destruction, their criminality without Reason as their prerogative, their personal claim to power, and defined one of the essential Reasons that the Central Intelligence Agency (CIA) has fallen from grace, its public reputation soiled in public by everyone from the now deceased, former Senior Senator from New York, Daniel Patrick Moynihan, 1994 statements ("They should blow up the CIA and start all over again", near verbatim), to Senior Senator of Virginia, John Warner, 1995 ("If the CIA came up for funding on the floor of Senate today, it would receive not a single vote", near verbatim/sum and substance), to the 2003 beating of the CIA by Colin Powell in connection with Iraq II, to the mea culpa in public by the CIA, ("group think", Time and US News and World Report reporting, mid-2004), to you name it.  The data points are robust; there can be no rebuttal.

30. Donaldson and Bowan, part of Len Leader's "company", via SAIC, and otherwise, also confessed to their spying and "black ops" versus Brud Rossmann. Police officer statements at the time otherwise confirmed their guilt. Their guilt is certain; there can be no rebuttal.